**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**Jeff Benson Beaubrun**

    v.

**Chad Wolf,**
**Acting Secretary, U.S. Department of Homeland Security;**

**Marcos Charles,**
**Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations; and**

**Christopher Brackett,**
**Superintendent, Strafford County Department of Corrections**

Case No. 20-cv-312-PB
Opinion No. 2020 DNH 033

**O R D E R**

Before me is Jeff Benson Beaubrun's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), which petitioner filed while in the custody of Immigration and Customs Enforcement ("ICE") at the Strafford County Department of Corrections ("SCDC"). The petition is before me to determine whether it is facially valid and may proceed. See Rule 4 of the Rules Governing Section 2254 Cases ("Section 2254 Rules"); see also Section 2254 Rule 1(b) (authorizing court to apply Section 2254 Rules to Section 2241 petitions); LR 4.3(d)(4).

The petition includes facially valid claims that warrant service. Service upon Wolf and Charles shall be effected by the clerk's delivery of the Petition and this Order to the United States Attorney for the District of New Hampshire, and by

sending the same documents by certified mail to the ICE Boston Field Office, 1000 District Ave., Burlington MA 01803; and to the United States Attorney General and the Homeland Security Acting Secretary in Washington, DC.  Service upon the SCDC Superintendent shall be effected by providing the same documents to the U.S. Marshals Service for service upon Brackett, pursuant to Fed. R. Civ. P. 4(j)(2).

The court's March 5, 2020 Order schedules an expedited status conference for March 6, 2020; specifies March 12, 2020 as the federal respondents' deadline for responding to the petition; defers the SCDC Superintendent's duty to respond until further order; and prohibits respondents from transferring petitioner to another facility outside of this court's jurisdiction pending further order.  That Order remains in full effect.  In addition, going forward, respondents shall provide this court with at least 48 hours' advance notice of any scheduled removal or transfer of Petitioner out of this court's jurisdiction.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

March 6, 2020

cc: Gilles R. Bissonnette, Esq.
    SangYeob Kim, Esq.
    Robert J. Rabuck, Esq.